UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:    Otti, Basil A.

Case No.:    16-27722-CMG

Chapter:    7

Judge:    Christine M. Gravelle

## NOTICE OF PROPOSED ABANDONMENT

Andrea Dobin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on September 5, 2017 at 12:00 p.m. at the United States Bankruptcy Court, Courtroom no 3 . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

50% interest in real estate located at:
41 Equestrian Drive
Burlington, NJ

Valued at $150,000.00

Liens on property:

Embrace
$126,464.29

Amount of equity claimed as exempt:

$100.00

Objections must be served on, and requests for additional information directed to:
Name:    Andrea Dobin, Trustee
Address:    Trenk, DiPasquale, Della Fera & Sodono, P.C. 427 Riverview Plaza, Trenton, NJ 08611
Telephone No.: 609.695.6070 or 973.243.8600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-27722-CMG
Basil A. Otti                                                       Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 3              Date Rcvd: Aug 04, 2017
                               Form ID: pdf905          Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2017.
db             Basil A. Otti,    41 Equestrian Dr,    Burlington, NJ  08016-3061
516393878      Acs/access Grp,    C/O Acs,    Utica, NY 13501
516393882      Barclays Bank Delaware,    ATTN: BANKRUPTCY,    PO Box 8801,    Wilmington, DE 19899-8801
516393883      Berkheimer Tax Administrator,    PO Box 995,    Bangor, PA 18013-0995
516393886      Bustleton Radiology Associates, Ltd,    9601 Bustleton Ave,    Philadelphia, PA 19115-3810
516393888     +Cap1/bstby,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
516393890      Chase,    PO Box 100018,    Kennesaw, GA 30156-9204
516393891     +Chiidi Nwosu,    c/o Ijoma O. Otimosa,    15722 Garrison Lane, Apt 3,    Southgate, MI 48195-3212
516393892      Citibank N A,    ATTN: BANKRUPTCY,    PO Box 6191,    Sioux Falls, SD 57117-6191
516393893      Citibank Stu,    Attn: Bankruptcy,    PO Box 6191,    Sioux Falls, SD 57117-6191
516393896      Dept Of Ed/sallie Mae,    11100 Usa Pkwy,    Fishers, IN 46037-9203
516393898      Embrace Home Loans,    PO Box 8068,    Virginia Beach, VA 23450-8068
516393899      Endeavor Medical Squad,    C/O DM Billings,    PO Box 1016,    Voorhees, NJ 08043-7016
516393900      Ez Pass,    PO Box 52005,    Newark, NJ 07101-8205
516393901     +Financial Recoveries,    PO Box 1388,    Mt Laurel, NJ 08054-7388
516393902     +GC Services,    Attn: Webmaster,    6330 Gulfton St,    Houston, TX 77081-1198
516393905      Hampton Hospital,    650 Rancocas Rd,    Westampton, NJ 08060-5613
516393906      I C System Inc,    ATTN: BANKRUPTCY,    444 Highway 96 E,    Saint Paul, MN 55127-2557
516393907     #Integrity Solution Services, Inc.,    PO Box 1850,    Saint Charles, MO 63302-1850
516393909     +John Ejiofor,    41 Equestrian Dr,    Burlington, NJ 08016-3061
516393910     +Karen S. Harkaway, MD, LLC,    8001 US Hwy 130 S,    Riverside, NJ 08075-1870
516393912      Laboratory Corporation Of America,    PO Box 2240,    Burlington, NC 27216-2240
516393913     +Lourdes Medical Center,    PO Box 822012,    Philadelphia, PA 19182-2112
516393915      Lumberton Dental Health Associates, PA,    1636 Route 38 Ste 21,    Lumberton, NJ 08048-2987
516393916      Mercy Diagnostics,    2040 Briggs Rd,    Mount Laurel, NJ 08054-4638
516393924      Newtown Cardiology Associates,    1205 Langhorne Newtown Rd Ste 308,    Langhorne, PA 19047-1222
516393925      Onpoint Community Cu,    PO Box 3755,    Portland, OR 97208-3755
516393926      Our Lady Of Lourdes Medical Center,    PO Box 822099,    Philadelphia, PA 19182-2099
516393932      PSE&G,    PO Box 1444,    New Brunswick, NJ 08903-1444
516393927      Palisades Collections, LLC,    PO Box 1244,    Englewood Cliffs, NJ 07632-0244
516393928      Philips Remote Cardiac Service,    PO Box 415404,    Boston, MA 02241-5404
516393929     +Pinnacle Credit Servic,    7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
516393930      Pioneer Credit Recovery, Inc.,    PO Box 92,    Arcade, NY 14009-0092
516393931      Prism Education Group,    3 Executive Campus Ste 280,    Cherry Hill, NJ 08002-4103
516393934      Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
516393938      State Of New Jersey,    PO Box 283,    Trenton, NJ 08602-0283
516393941     ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court: TMobile,    PO Box 742596,    Cincinnati, OH 45274-2596)
516393942     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,    TOYOTA FINANCIAL SERVICES,    PO Box 8026,
                Cedar Rapids, IA 52408-8026)
516393940      The Dental Comfort Zone, PC,    2734 Street Rd,    Bensalem, PA 19020-2603
516393947     +U S A Funds,    Pob 9460 Mc E2142,    Wilkes Barre, PA 18773-9460
516393948      Verizon,    PO Box 4830,    Trenton, NJ 08650-4830
516393949      Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
516393950      Verizon Wirelss,    VERIZON WIRELESS DEPARTMENT/ATTN: BANK,    PO Box 3397,
                Bloomington, IL 61702-3397

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 04 2017 22:56:20     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 04 2017 22:56:15     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516393881     +E-mail/Text: g20956@att.com Aug 04 2017 22:56:53     AT&T Mobility,    PO Box 537104,
                Atlanta, GA 30353-7104
516393879      E-mail/Text: bknotices@conduent.com Aug 04 2017 22:57:23     Acs/college Loan Corp,
                501 Bleecker St,    Utica, NY 13501-2401
516393880      E-mail/Text: bkrpt@retrievalmasters.com Aug 04 2017 22:56:14     Amca,    ATTN: BANKRUPTCY,
                PO Box 160,    Elmsford, NY 10523-0160
516393884      E-mail/Text: banko@berkscredit.com Aug 04 2017 22:55:55     Berks Credit And Coll,
                900 Corporate Dr,    Reading, PA 19605-3340
516393889     +E-mail/Text: cms-bk@cms-collect.com Aug 04 2017 22:56:00     Capital Management Services, LP,
                698 1/2 south ogden st,    Buffalo, NY 14206-2317
516393894      E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Aug 04 2017 22:56:51
                Comcast Bankruptcy Department,    Attn: Jackie Gaynor,    401 White Horse Rd Ste 2,
                Voorhees, NJ 08043-2604
516393895     +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 04 2017 22:57:07
                Credit Collection Services,    2 Wells Ave,    Newton Center, MA 02459-3246
516393897      E-mail/Text: Bankruptcy.Consumer@dish.com Aug 04 2017 22:56:14     Dish Network,    PO Box 94063,
                Palatine, IL 60094-4063
516393904      E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2017 22:51:23     Gecrb/JcPenny,    Attn: Bankruptcy,
                PO Box 103104,    Roswell, GA 30076-9104
516393903      E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2017 22:51:52     Gecrb/care Credit,
                ATTN: BANKRUPTCY,    PO Box 103104,    Roswell, GA 30076-9104

```
District/off: 0312-3          User: admin              Page 2 of 3           Date Rcvd: Aug 04, 2017
                              Form ID: pdf905          Total Noticed: 69


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516393908       E-mail/Text: cio.bncmail@irs.gov Aug 04 2017 22:55:52      Internal Revenue Service,
                 PO Box 21126,   Philadelphia, PA 19114-0326
516393911      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 04 2017 22:55:42      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
516393917       E-mail/Text: bankruptcydpt@mcmcg.com Aug 04 2017 22:56:15      Midland Funding,
                 8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
516393918       E-mail/Text: mmrgbk@miramedrg.com Aug 04 2017 22:56:21      MiraMed Revenue Group,
                 PO Box 77304,   Detroit, MI 48277-0304
516393919       E-mail/Text: mmrgbk@miramedrg.com Aug 04 2017 22:56:21      Miramedrg,   991 Oak Creek Dr,
                 Lombard, IL 60148-6408
516393922       E-mail/Text: egssupportservices@egscorp.com Aug 04 2017 22:56:28      NCO Financial Systems,
                 507 Prudential Rd,   Horsham, PA 19044-2308
516393923      +E-mail/Text: egssupportservices@egscorp.com Aug 04 2017 22:56:28      NCO Financial Systems,
                 3850 N Causeway Blvd Ste 350,   Metairie, LA 70002-8101
516393920       E-mail/Text: Bankruptcies@nragroup.com Aug 04 2017 22:57:23      National Recovery Agen,
                 2491 Paxton St,   Harrisburg, PA 17111-1036
516393933       E-mail/Text: bankruptcy@pseg.com Aug 04 2017 22:54:59      PSE&G,   PO Box 490,
                 Cranford, NJ 07016-0490
516393936      +E-mail/Text: bkrpt@retrievalmasters.com Aug 04 2017 22:56:14      RMCB,   PO Bos 1235,
                 Elmsford, NY 10523-0935
516393935      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 04 2017 22:51:27
                 Resurgent Capital Services,   PO Box 10465,   Greenville, SC 29603-0465
516393937       E-mail/Text: bankruptcy@sw-credit.com Aug 04 2017 22:56:21      Southwest Credit,
                 4120 International Pkwy Ste 1100,   Carrollton, TX 75007-1958
516396413       E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2017 22:51:51      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516393944      +E-mail/Text: bankruptcydepartment@tsico.com Aug 04 2017 22:56:59      Transworld Sys Inc,
                 507 Prudential Rd,   Horsham, PA 19044-2308
                                                                                              TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516393885*       Berks Credit And Coll,    900 Corporate Dr,   Reading, PA 19605-3340
516393914*      +Lourdes Medical Center,    PO Box 822112,   Philadelphia, PA 19182-2112
516393921*       National Recovery Agen,    2491 Paxton St,   Harrisburg, PA 17111-1036
516393943*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court:    Toyota Motor Credit Co,   Toyota Financial Services,   Po Box 8026,
                 Cedar Rapids, IA 52408)
516393945*      +Transworld Sys Inc,    507 Prudential Rd,   Horsham, PA 19044-2308
516393946*      +Transworld Sys Inc,    507 Prudential Rd,   Horsham, PA 19044-2308
516393887      ##BYL Collection Services, LLC,    PO Box 5046,   West Chester, PA 19380-0401
516393939      ##Stellar Recovery Inc,    1327 US Highway 2 W,   Kalispell, MT 59901-3413
                                                                                  TOTALS: 0, * 6, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 3 of 3           Date Rcvd: Aug 04, 2017
                              Form ID: pdf905          Total Noticed: 69
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2017 at the address(es) listed below:
              Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   Embrace Home Loans, Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lee Martin Perlman    on behalf of Debtor Basil A. Otti ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```